WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Tracy Douglas Hoops,

          Plaintiff,

  vs.

Joseph M. Arpaio, et al.,

          Defendants.

No. CV 14-00043-PHX-RCB (BSB)

**ORDER FOR PAYMENT
OF INMATE FILING FEE**

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO**

Plaintiff Tracy Douglas Hoops, inmate #P747798, who is confined in the Lower Buckeye Jail, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $8.00. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account.

Maricopa County Sheriff Joseph M. Arpaio or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) Maricopa County Sheriff Joseph M. Arpaio or his designee must forward to the Clerk of Court the initial partial filing fee of $8.00. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be forwarded to the

1  Clerk of Court each time the amount in the account exceeds $10.00.  The payments must
2  be clearly identified by the name and number assigned to this action.

3      (2)   Maricopa County Sheriff Joseph M. Arpaio or his designee must notify the
4  Clerk of Court in writing when Plaintiff is released or transferred to a correctional
5  institution other than the Lower Buckeye Jail, so new billing arrangements may be made
6  to collect any outstanding balance.

7      (3)   The Clerk of Court must serve by mail a copy of this Order on the
8  Maricopa County Sheriff's Office, Office of Inmate Legal Services, 201 S. Fourth
9  Avenue, Phoenix, Arizona, 85003.

10      (4)   The Clerk of Court must forward a copy of this Order to Financial
11  Administration for the Phoenix Division of the United States District Court for the
12  District of Arizona.  Financial Administration must set up an account to receive payments
13  on the filing fee for this action and must notify the Court when the filing fee is paid in
14  full.

15      DATED this 6th day of March, 2014.

Robert C. Broomfield
Senior United States District Judge